SCHOENROCK; Respondent v. CITY OF SISSETON, et al., Appellants

(96 N.W.2d 307)

(File No. 9783. Opinion filed May 6, 1959)

**Milton Cameron,** Sisseton, for Defendants-Appellants.

**Wm. J. Holland, Wallace R. Brantseg,** Sisseton, for Plaintiff-Respondent.

PER CURIAM. The record in the above entitled matter not having been settled within the time provided by SDC 33.0741, as amended by rule of this Court dated October 1, 1953, said appeal is deemed abandoned.

The appeal is accordingly dismissed and judgment affirmed.

SCHMITT, Appellant v. RAPID CITY et al., Respondent

(96 N.W.2d 306)

(File No. 9786. Opinion filed May 6, 1959)

**E. E. Sullivan,** Rapid City, for Plaintiff and Appellant.

**Leonard E. Morrison,** Rapid City, for Defendants and Respondents.

PER CURIAM. The record in the above-entitled matter not having been settled within the time provided by SDC

33.0741, as amended by rule of this Court dated October 1, 1953, said appeal is deemed abandoned.

The appeal is accordingly dismissed and judgment affirmed.

ANDERSON, Appellant v. PAULSON, Respondent

(96 N.W.2d 305)

(File No. 9718. Opinion filed May 9, 1959)

